# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
_____

IN RE:

    MCDANIEL, ROBERT ALLEN                                  Case No. 21-02119-JTG
                                                                                                 Chapter 7

                      Debtor(s).

_____/                      Hon. JOHN T. GREGG
                                                                                                  U.S. Bankruptcy Judge

**NOTICE OF § 341 FIRST MEETING OF CREDITORS AS ZOOM VIDEOCONFERENCE**

The Trustee, Laura J. Genovich, hereby gives notice that the § 341 First Meeting of Creditors for MCDANIEL, ROBERT ALLEN scheduled for 10/12/2021 at 9:00AM will be held at the scheduled date and time but will be conducted via **Zoom videoconference** and telephone due to concerns about COVID-19/coronavirus. Debtors, creditors, counsel, and other interested parties can join the Zoom videoconference via the link and instructions below:

https://zoom.us/j/93312037841?pwd=eTNxUkY3Z3ExNHo4OVJMblpqdU9GQT09

**Meeting ID: 933 1203 7841**

**Passcode: 765445**

Alternatively, you may join the conference via telephone as follows:

**Dial: (312) 626-6799**

**Meeting ID: 933 1203 7841**

**Passcode: 765445**

Video participation through Zoom using the information above is preferred and strongly recommended.

Multiple meetings will be scheduled during the same hour.  Upon being connected to the Zoom videoconference and/or conference call, all parties must **immediately mute their lines until their case is called** by the Trustee. Parties do not need to announce their names until

their case is called. Parties unable to connect to the Zoom videoconference or the conference call should send an e-mail to genovichbk@fosterswift.com.  Debtors are **not** required to be in the same physical location as their attorneys. All meetings will be recorded. Please contact the Trustee with questions or concerns.

Dated: 09/30/2021             By: /s/ *Laura J. Genovich*
                                                       Laura J. Genovich
                                                       Chapter 7 Trustee
                                                       1700 E. Beltline Avenue NE, Suite 200
                                                       Grand Rapids, MI 49525
                                                       (616) 726-2280
                                                       genovichbk@fosterswift.com